**\*\*\* NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER \*\*\***

**Electronically Filed
Supreme Court
SCRQ-23-0000331
01-MAY-2024
01:34 PM
Dkt. 12 SO**

SCRQ-23-0000331

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JUAN ANGEL RUBALCABA,
Plaintiff-Appellant,

vs.

ASSOCIATION OF APARTMENT OWNERS OF MAKAKILO CLIFFS,
by and through its Board of Directors,
Defendant/Third-Party Plaintiff-Appellee,

and

PORTER McGUIRE KIAKONA, LLP, fka Porter Tom Quitiquit
Chee & Watts, LLP and Porter McGuire Kiakona & Chow, LLP;
and EKIMOTO & MORRIS LLLC, Third-Party Defendants.

---

RESERVED QUESTION FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-22-0000743)

SUMMARY DISPOSITION ORDER
(By: Recktenwald, C.J., McKenna, and Eddins, JJ., Circuit Judge
Remigio and Circuit Judge Johnson, assigned by reason of vacancies)

This court agreed to answer a reserved question from the

Circuit Court of the First Circuit.  The circuit court asked:

> In a wrongful foreclosure case brought by a homeowner
> against a homeowners' association, should the mortgage debt
> of the homeowner to a third-party lender(s) that was
> discharged by the third-party lender's subsequent
> foreclosure be considered in determining/calculating the
> Plaintiff's damages?

We accepted the reserved question, advising that we intended to answer it through <u>Wong v. Ass'n of Apartment Owners of Harbor Square</u>, SCAP-22-0000552, a case then pending before us.

We decided <u>Wong</u> on February 29, 2024 and entered final judgment on April 2, 2024.  154 Hawai'i 58, 545 P.3d 547 (2024). Our decision describes how a plaintiff may calculate damages in a lawsuit against a condominium association for wrongful foreclosure.

Accordingly, we remand the case to the circuit court for further proceedings consistent with <u>Wong</u>.

DATED:  Honolulu, Hawai'i, May 1, 2024.

Steven K.S. Chung and
Anthony F.T. Suetsugu
for appellant

Gene K. Lau
for appellee

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Catherine H. Remigio

/s/ Ronald G. Johnson

